**Opinion issued April 2, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00715-CV

_____

**ABIRA MEDICAL LABORATORIES, LLC D/B/A GENESIS DIAGNOSTICS, Appellant**

**V.**

**MEMORIAL HERMANN HEALTH PLAN, INC., Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-41338**

---

## MEMORANDUM OPINION

Appellant, Abira Medical Laboratories, LLC doing business as Genesis Diagnostics, has filed a motion for voluntary dismissal of this appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.